UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY A. COLE,

    Plaintiff,

v.                                                 CASE NO.: 5:10-cv-73-SPM-EMT

WALTER McNEIL, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 6). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed an objection (doc. 8). Pursuant to Title 28, United States Code, Section 636(b)(1), I have conducted a de novo review of the sections of the report to which objections have been made. I find that the Report and Recommendation is correct and should be adopted.

Plaintiff objects that the Magistrate Judge erred in concluding that Plaintiff does not fall within the "imminent danger of serious physical injury" exception to the forma pauperis "three-strike" rule. Plaintiff argues that his rib is not "healed" and that a medical expert would thereby opine that Plaintiff's rib poses an imminent danger of serious physical injury. However, Plaintiff does not satisfy the exception as Plaintiff acknowledged that the alleged fracture, which occurred in April of 2009, was healed by

the time he filed the complaint in April of 2010. Thus, Plaintiff's contention that his injury is ongoing or that serious physical injury is imminent is without merit.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 6) is **adopted** and incorporated by reference into this order.

2. This case is **dismissed without prejudice**.

3. All pending motions are **denied as moot**.

DONE AND ORDERED this <u>nineteenth</u> day of July, 2010.

                           *s/ Stephan P. Mickle*
                           Stephan P. Mickle
                           Chief United States District Judge